FERDINAND WESTHEIMER & SONS V. GEORGE GERSON *et
al.*, No. 6536.—VANNATTA-LYNDS DRUG COMPANY V.
SAME, No. 6537.—THE FIRST NATIONAL BANK OF
KINGMAN V. SAME, No. 6540.—GERALD MCPIKE *et al.*
V. JOSEPH GERSON, No. 6545.—WILLIAM A. STICKNEY
V. SAME, No. 6548.—ISAAC ROSENBERG *et al.* V. SAME,
No. 6550.—SAMUEL WESTHEIMER *et al.* V. SAME, No.
6552.

*Per Curiam:* In accordance with the stipulation on file in
this court, the decision in each and all the foregoing cases
from Kingman district court will be the same as in the case
of *National Bank v. Gerson*, No. 6539, just decided.